```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANGO,

                     Plaintiff,

       - against -

CONTENT IQ LLC,

                    Defendant.
-------------------------------------------------------------X

19 Civ. 11519 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The scheduling order entered on March 18, 2020, requires the parties to file a joint status report. The parties have not filed any status report, and the last event in this case was a settlement conference held on April 21, 2020. Accordingly, the parties shall file a joint status report no later than July 20, 2020.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated:      July 13, 2020
              New York, New York

Copies transmitted to all counsel of record.