```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREGORY MANGO,

                Plaintiff,

      - against -

CONTENT IQ LLC,

                Defendant.
-------------------------------------------------------------X

19-CV-11519 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The scheduling order entered on March 18, 2020, requires the parties to file a joint status report every sixty days. (Dkt. 12.) The parties first filed a status report on July 20, 2020 (Dkt. 17), but did not file another by September 18, 2020 (within sixty days). Accordingly, the parties shall file a joint status report no later than **October 5, 2020**.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
        New York, New York

Copies transmitted to all counsel of record.